UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BARRILLEAUX,<br><br>Plaintiff,<br><br>v.<br><br>MENDOCINO COUNTY, et al.,<br><br>Defendants. | Case No. 14-cv-01373-TEH<br><br>**REVISED SCHEDULING ORDER** |

All parties filed timely responses to this Court's September 17, 2014 order and have indicated that they have read and understand the requirements of General Order 56. They further state that they exchanged initial disclosures; conducted a joint site inspection on September 11, 2014; have met and conferred in person regarding settlement; and continue to discuss settlement. Defendant County of Mendocino requests that the Court set November 21, 2014, as the deadline for Plaintiff to file a Notice of Need for Mediation if the parties cannot otherwise settle this case. The other parties, including Plaintiff, believe that Plaintiff should comply with the 42-day deadline in General Order 56.

The Court does not find good cause to depart from the 42-day deadline and HEREBY ORDERS that Plaintiff must file a Notice of Need for Mediation by **October 23, 2014**, if "the parties cannot reach an agreement on injunctive relief, or cannot settle the damages and fees claims" by that date. Gen. Order 56 ¶ 7. In addition, Plaintiff shall comply with General Order ¶ 8 if this case is not resolved at mediation.

**IT IS SO ORDERED.**

Dated: 09/30/14                                       _____
                                                      THELTON E. HENDERSON
                                                      United States District Judge