PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

JIM W. YU, Esq. (SBN 209118)
LAW OFFICES OF JIM W. YU
1255 Treat Blvd., Suite 300
Walnut Creek, CA 94597
Telephone: 925/472-6633
Facsimile: 925/407-2996
jim@jimyulaw.com

Attorneys for Plaintiff
JESSICA BARRILLEAUX

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BARRILLEAUX,<br><br>    Plaintiff,<br><br>v.<br><br>MENDOCINO COUNTY; MENDOCINO COUNTY SUPERIOR COURT; STATE OF CALIFORNIA; JUDICIAL COUNCIL OF CALIFORNIA/ADMINISTRATIVE OFFICE OF THE COURTS; DOES 1 through 10, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. 3:14-cv-01373 TEH<br><u>Civil Rights</u><br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56, PURSUANT TO LOCAL RULE 7-11 |

Plaintiff's motion for administrative relief from General Order 56 is hereby GRANTED for good cause shown. A case management conference is set for December 7, 2015, at 1:30 PM.

//

//

IT IS SO ORDERED
11/09/2015
Judge Thelton E. Henderson