1  KATHARINE L. ELLIOTT, Acting County Counsel 135253
   BRINA A. LATKIN, Deputy County Counsel 260829
2  Office of the County Counsel
   County of Mendocino
3  501 Low Gap Road, Room 1030
   Ukiah, CA  95482
4
   Telephone:  (707) 234-6885
5  Facsimile:   (707) 463-4592
   latkinb@co.mendocino.ca.us
6
   Attorneys for Defendant
7          County of Mendocino

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JESSICA BARRILLEAUX, | Case No.: 3:14-cv-1373 TEH |
| Plaintiff, | |
| vs. | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND ORDER THERETO** |
| MENDOCINO COUNTY; MENDOCINO COUNTY SUPERIOR COURT; STATE OF CALIFORNIA; JUDICIAL COUNCIL OF CALIFORNIA/ADMINISTRATIVE OFFICE OF THE COURTS; and DOES 1 through 10, Inclusive, | Date:   December 7, 2015<br>Time:  1:30 p.m. |
| Defendants. | Honorable Thelton E. Henderson<br>U.S. District Court Judge |

22     I, BRINA A. LATKIN, attorney of record for defendant, COUNTY OF

23  MENDOCINO, hereby move the Court for an order permitting me to appear at the

24  Case Management Conference on Monday, December 7, 2015 at 1:30 p.m. by

25  telephone. I am a two and half hour drive away without traffic one way.

26        I can be reached at 707-234-6885.

27  ///

28  ///

1
**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND ORDER THERETO**
(3:14-cv-1373 TEH)

Date: November 10, 2015    KATHARINE L. ELLIOTT,
    Acting County Counsel


    By:  /s/ Brina A. Latkin
        BRINA A. LATKIN, Deputy
        Attorneys for Defendants

**ORDER**

IT IS HEREBY ORDERED THAT, BRINA A. LATKIN, attorney of record for defendant, COUNTY OF MENDOCINO shall be permitted to appear at the Case Management Conference on Monday, December 7, 2015 at 1:30 p.m. by telephone (707-234-6885).

Dated: 11/16/2015

_Judge Thelton E. Henderson_