UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BARRILLEAUX,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MENDOCINO COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-01373-TEH<br><br>**ORDER RE: PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

　　　At the December 7, 2015 case management conference, the Court ordered Plaintiff Jessica Barrilleaux to re-file her motion to strike affirmative defenses on or before December 21, 2015. Barrilleaux filed her motion on December 18, 2015, making the opposition due on January 4, 2016, and the reply due on January 11, 2016.

　　　Also at the December 7, 2015 case management conference, the Court ordered the parties to meet and confer regarding whether Barrilleaux should be allowed leave to amend her complaint. The Court directed the parties to file a stipulation, or Barrilleaux to file a motion for leave to amend if no agreement could be reached, by January 7, 2016. If Barrilleaux files an amended complaint, then Defendants will need to file a new answer, rendering moot the motion to strike affirmative defenses from the current answer.

　　　Accordingly, to conserve the parties' resources, the Court now suspends the briefing deadlines and vacates the hearing on Barrilleaux's motion to strike affirmative defenses. A revised schedule will be set, as necessary, once it is determined whether Barrilleaux will be filing an amended complaint.

**IT IS SO ORDERED.**

Dated: 12/23/15　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge