SEDGWICK LLP
JAMES S. BROWN, State Bar No. 135810
*james.brown@sedgwicklaw.com*
MARC A. KOONIN, State Bar No. 166210
*marc.koonin@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendants SUPERIOR COURT OF CALIFORNIA, COUNTY OF MENDOCINO and JUDICIAL COUNCIL OF CALIFORNIA, ADMINISTRATIVE OFFICE OF THE COURTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA BARRILLEAUX,<br><br>PLAINTIFF,<br><br>v.<br><br>MENDOCINO COUNTY; SUPERIOR COURT OF CALIFORNIA, COUNTY OF MENDOCINO; JUDICIAL COUNCIL OF CALIFORNIA, ADMINISTRATIVE OFFICE OF THE COURTS,<br><br>DEFENDANTS. | Case No. 3:14-cv-01373 TEH<br><br>**STIPULATED REQUEST FOR ORDER CHANGING HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; [~~PROPOSED~~ ORDER]**<br><br>Judge: The Hon. Thelton E. Henderson<br>Date: August 8, 2016<br>Time: 10:00 a.m.<br>Place: Courtroom 2 |

PLEASE TAKE NOTICE that pursuant to Civil Local Rules 6-1, 6-2 and 7-12, and supported by the declarations contained herein, the parties through undersigned counsel hereby stipulate and respectfully request that the Court continue the hearing date on Plaintiff Jessica Barrileaux's Motion for Preliminary Injunction (Docket No. 99) from August 8, 2016 to August 22, 2016. The Parties also stipulate and respectfully request that the Court order the briefing schedule to track the new hearing date, with Defendants' Opposition date continued to July 22, 2016, and Plaintiff's Reply date continued to August 5, 2016.

The acceptance of this stipulated request will obviate the need for the court to address Judicial Defendants' Motion to Extend Time to File Opposition To Plaintiff's Motion for Preliminary Injunction (Docket No. 107).

The parties declare in support of this request:

WHEREAS Plaintiff's Motion for Preliminary Injunction was filed on July 1, 2016, immediately before the Independence Day weekend;

WHEREAS due to the holidays and resulting shortened work-week, Judicial Defendants met and conferred with Plaintiff, seeking additional time to review and respond to Plaintiff's Motion;

WHEREAS Plaintiff agrees to the additional time request, and Defendant County of Mendocino joins in the request;

WHEREAS there are no prior time modifications in this matter, whether by stipulation or court order; and

WHEREAS the requested time modification would not result in any substantive delay in the schedule of this case;

THEREFORE, pursuant to Local Rule 6-2, the parties through their respective attorneys stipulate as follows:

1. All Defendants shall file their Opposition to the Motion for Preliminary Injunction no later than July 22, 2016;

2. Plaintiff shall file her Reply no later than August 5, 2016; and

3. The parties respectfully request that the Court hear the Motion for Preliminary Injunction at a time convenient for the Court on August 22, 2016, or as soon thereafter as possible.

IT IS SO STIPULATED AND AGREED.

DATED: July 12, 2016         LAW OFFICES OF PAUL L. REIN
                             LAW OFFICES OF JIM W. YU


                             By:/s/ Paul L. Rein
                                Paul L. Rein
                                Attorneys for Plaintiff
                                JESSICA BARRILEAUX

1
2  DATED: July 12, 2016                SEDGWICK LLP
3                                      By:/s/ James S. Brown
4                                          James S. Brown
                                           Marc A. Koonin
5                                          Attorneys for Defendants
                                           SUPERIOR COURT OF CALIFORNIA, COUNTY OF
6                                          MENDOCINO and JUDICIAL COUNCIL OF
                                           CALIFORNIA, ADMINISTRATIVE OFFICE OF THE
7                                          COURTS

8  DATED: July 12, 2016                KECK LAW OFFICES
9                                      By:/s/ Anne L. Keck
10                                         Anne L. Keck
                                           Attorneys for Defendant
11                                         COUNTY OF MENDOCINO

12

13                              ~~[PROPOSED]~~ ORDER

14        PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that all Defendants shall

15 file their Opposition to the Motion for Preliminary Injunction no later than July 22, 2016; Plaintiff

16 shall file her Reply no later than August 5, 2016; and that the hearing on the Motion for

17 Preliminary Injunction will be heard on August 22, 2016, at 10:00 a.m. in Courtroom 2 of the

18 above-entitled Court.

19        SO ORDERED

20
21    Dated: 7/12/2016                          _____
                                                The Hon. Thelton E. Henderson
22                                              United States District Judge

23
24
25
26
27
28  83532012v1                          -3-                    Case No. 3:14-cv-01373 TEH

STIPULATED REQUEST FOR ORDER CHANGING HEARING DATE AND BRIEFING SCHEDULE ON
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

## ATTESTATION

I, James S. Brown, am the ECF User whose identification and password are being used to file the STIPULATED REQUEST FOR ORDER CHANGING hearing date and briefing schedule on PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED ORDER].  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of its signatories.

DATED:  July 12, 2016        Sedgwick LLP

By:/s/ James S. Brown
James S. Brown
Marc A. Koonin
Attorneys for Defendants
SUPERIOR COURT OF CALIFORNIA, COUNTY OF MENDOCINO and JUDICIAL COUNCIL OF CALIFORNIA, ADMINISTRATIVE OFFICE OF THE COURTS