UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BARRILLEAUX,<br><br>Plaintiff,<br><br>v.<br><br>MENDOCINO COUNTY,<br><br>Defendant. | Case No. 14-cv-01373-TEH<br><br>**ORDER VACATING COUNTY OF MENDOCINO'S MOTION FOR SUMMARY JUDGMENT AND DENYING AS MOOT COUNTY'S MOTION FOR ADMINISTRATIVE RELIEF** |

Defendant County of Mendocino ("County") filed a motion for summary judgment on February 24, 2017. On March 3, 2017, Plaintiff Jessica Barrilleaux and Defendants Superior Court of California, County of Mendocino and Judicial Council of California, Administrative Office of the Courts ("Judicial Defendants") filed a stipulation of settlement and dismissal of all claims against Judicial Defendants. Barrilleaux opposed the County's motion for summary judgment on March 10, 2017.

The County did not receive a copy of the settlement agreement between Barrilleaux and Judicial Defendants until March 14, 2017. That same day, the County filed an administrative motion requesting additional pages for its summary judgment reply brief to address arguments related to Barrilleaux's settlement with Judicial Defendants, and also requesting that Barrilleaux be permitted to file a sur-reply responding to these new arguments. The County seeks to argue, for example, that "many of Plaintiff's claims have now been settled and are moot," as well as that the settlement agreement "demonstrates the operational control of the Judicial Defendants over the injunctive relief claims raised in Plaintiff's [First Amended Complaint]." Admin. Mot. at 3. Barrilleaux opposes the County's administrative motion.

The Court agrees with the County that the settlement agreement might be relevant to its motion for summary judgment. However, rather than allow additional pages for a reply brief and permit the filing of a sur-reply, the Court instead VACATES the pending

motion for summary judgment so that the County can file a new motion for summary judgment that incorporates all of the County's arguments and complies with the page limits in the Civil Local Rules. The opposition and reply briefs shall also be governed by the Civil Local Rules. The County's pending administrative motion is DENIED as moot.

**IT IS SO ORDERED.**

Dated:   03/16/17

_____
THELTON E. HENDERSON
United States District Judge